IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MADDALONE,

      Plaintiff,                    No. CIV S-07-1828 MCE EFB P

      vs.

SOLANO COUNTY, et al.,

      Defendants.                <u>ORDER</u>

                              /

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 11, 2008, the court found that service was appropriate for defendants Bassett, Kent, MacKay, Park, Thompson and Willey, and directed plaintiff to submit a summons, the requisite USM-285 forms and 7 copies of the September 5, 2007, endorsed complaint in order for the U. S. Marshal to effect service of process or obtain waivers thereof. On May 1, 2008, plaintiff submitted a summons and the USM-285 forms, but no copies of the complaint. He has failed to comply with the order.

      It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the April 11, 2008, order or to submit 7 copies of the September 5, 2007, endorsed complaint. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to

1 plaintiff one copy of the September 5, 2007 pleading.

2 DATED: June 13, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2