IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MADDALONE,

        Plaintiff,                    No. CIV S-07-1828 MCE EFB P

    vs.

SOLANO COUNTY, et al.,

        Defendants.            FINDINGS AND RECOMMENDATIONS

                              /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

        On April 11, 2008, the court dismissed plaintiff's claims against the County of Solano and Dr. Katavari pursuant to 28 U.S.C. § 1915A, with leave to amend.  The court informed plaintiff he could proceed against defendants Bassett, Kent, MacKay, Park, Thompson and Willey by submitting materials for service within 20 days, but the court would construe his election so to proceed as consent to dismissal of his claims against the County of Solano and Dr. Katavari without leave to amend.

        Plaintiff has submitted materials for service of defendants Bassett, Kent, MacKay, Park, Thompson and Willey.   The court finds plaintiff has consented to dismissal of claims against the County of Solano and Dr. Katavari without leave to amend.

1  Accordingly, it is hereby recommended that claims against the County of Solano and Dr.
2 Katavari be dismissed without prejudice.
3  These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated:  November 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE