IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MADDALONE,

        Plaintiff,                    No. CIV S-07-1828 MCE EFB P

    vs.

SOLANO COUNTY, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

        The United States Marshal has returned process directed to defendant Thompson unserved because "per county counsel, no record of Thompson." Process directed to defendant P. Willey was returned for the same reason. Plaintiff must provide new information about where these defendants may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

1

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff two forms USM-285 and a copy of the pleading filed September 5, 2007.

2. Within 60 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with two completed forms USM-285 providing instructions for service of process upon defendants Thompson and Willey and three copies of the pleading provided to plaintiff.

3. Failure to provide new instructions for service of process upon defendants Willey and Thompson within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to those defendants.

DATED: March 6, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MADDALONE,

        Plaintiff,                No. CIV S-07-1828 MCE EFB P

    vs.

SOLANO COUNTY, et al.,

        Defendants.           NOTICE OF SUBMISSION
                                           OF DOCUMENTS
_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

       <u>One</u>        completed summons

       <u>Two</u>        completed USM-285 forms

       <u>Three</u>     copies of the <u>September 5, 2007</u>
                                 Complaint

DATED:

                                                                         Plaintiff