IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MADDALONE,                           No. 2:07-cv-01828-MCE-EFB P

    Plaintiff,

  vs.                                                   ORDER

SOLANO COUNTY, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 5, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Defendants have filed objections to the findings and recommendations.

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 5, 2009, adopted in full;

2. Plaintiff's November 3, 2008, request for a continuance, construed as a request for a six month stay, is denied; and,

3. The court finds that the automatic stay provisions of 11 U.S.C. §§ 362 and 922 have no application to this case.

Dated: March 27, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE