IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MADDALONE,

    Plaintiff,                    No. CIV S-07-1828 MCE EFB

    vs.

SOLANO COUNTY, et. al.,

    Defendants.             ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 29, 2009, petitioner filed a document styled "[m]otion to withdraw complaint," seeking to dismiss the case without prejudice. An action may be dismissed by a stipulation of dismissal signed by all parties who have appeared or by court order on terms that the court considers proper. Fed. R. Civ. P. 41(a).

    Accordingly, it is ORDERED that within seven days of the date of this order, defendants shall file an opposition or a statement of non-opposition to plaintiff's request for a dismissal without prejudice.

Dated: April 22, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE