IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MADDALONE,

    Plaintiff,                   No. CIV S-07-1828 MCE EFB

    vs.

SOLANO COUNTY, et. al.,

    Defendants.              <u>ORDER</u>

                                /

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Currently pending is a document filed on March 29, 2010, in which plaintiff requests that this action be dismissed without prejudice. On April 27, 2010, defendants filed a statement of non-opposition consenting to dismissal of the case without prejudice.

        The Federal Rules of Civil Procedure govern voluntary dismissal. *See* Fed. R. Civ. P. 41(a). Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing:

    (i)    a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

    (ii)   a stipulation of dismissal signed by all parties who have appeared.

1

1 Fed. R. Civ. P. 41(a)(1)(A).  The court construes plaintiff's filing and defendants' consent
2 together as a stipulation for voluntary dismissal without prejudice pursuant to Rule
3 41(a)(1)(A)(ii).
4     Accordingly, the Clerk is directed to close the case.
5 Dated:  April 29, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE